UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1073

FILED
OCT 8 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIANA EVELYN IRIBE | ) | |

The Government's motion is hereby granted. The case is dismissed.

October 8, 2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE